# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MELISSA CROSS**                                                                              **PLAINTIFF**

**v.**                        **CASE NO. 1:17-CV-00021 BSM**

**DOES**                                                                                     **DEFENDANTS**

## ORDER

Plaintiff Melissa Cross's complaint [Doc. No. 2] is dismissed without prejudice for failure to state a claim upon which relief can be granted. Her motions to amend, to correct a party name, and to request a court date [Doc. Nos. 22, 23] are denied.

IT IS SO ORDERED this 28th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE