## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MELISSA CROSS**                                                            **PLAINTIFF**

**v.**                      **CASE NO. 1:17-CV-00021 BSM**

**DOES**                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE